JOSEPH B. TRACY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

DAVID CLARK, Respondent, *v.* THE SAME, Appellant.

ROBERT H. STEVENS, Respondent, *v.* THE SAME, Appellant.

ACHSA S. CRANE, Respondent, *v.* THE SAME, Appellant.

WILLIAM C. STILES, Respondent, *v.* THE SAME, Appellant.

HAZEN L. HOYT, Respondent, *v.* THE SAME, Appellant.

WILLARD H. STEVENS, Respondent, *v.* THE SAME, Appellant.

WILLIAM HALLOWAY, Respondent, *v.* THE SAME, Appellant.

GEORGE H. THOMPSON, Respondent, *v.* THE SAME, Appellant.

—— PIERCE, Respondent, *v.* THE SAME, Appellant.

The foregoing ten causes present the same questions, and were argued and decided with *James H. Fisher*, administrator, etc., respondent, *v. The N. Y. C. and H. R. R. Co.*, appellant, *ante*, p. 644.